position at the time and place of the murder than there is of appellant. This, however, seems to be unnecessary until the State in some manner connects appellant with the murder—which the record fails to do.

Because of the insufficiency of the evidence to support the conviction, the judgment of the trial court is reversed and the cause is remanded.

On State's Motion for Rehearing

MORRISON, Judge.

This Court, as now constituted, has had this case under advisement on the State's motion for rehearing for four months. We have again reviewed the entire record in an effort to evaluate the soundness of our original disposition hereof.

After mature deliberation, we remain convinced that the State has not, this being a circumstantial evidence case, excluded every other reasonable hypothesis than that of appellant's guilt.

State's motion for rehearing is overruled.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of the offense of unlawfully selling untaxed liquor, and his punishment was assessed at a fine of $100.00.

The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.